UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22110-CIV-MOORE/DUBÉ

RAQUEL MATOS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Petition for Attorney Fees filed by the Plaintiff (D.E. #29) pursuant to an Order of Reference entered by the Honorable K. Michael Moore, United States District Judge. This Court has reviewed the motion, the response by the Government and the file in this cause.

On December 20, 2007, an Order was entered by Judge Moore adopting a Report and Recommendation by this Court and reversing and remanding this cause for further proceedings. (D.E. #27).

The present motion seeks an award of fees pursuant to the Equal Access to Justice Act. The motion indicates that 4.06 hours were spent on this case in 2006 at the rate of $161.85, and 26.37 hours were spent on this case in 2007 and 2008 at the rate of $168.68, for a total fee recovery sought of $5,105.20. The only issue raised by the Government in its response is whether the attorney's fees can be paid directly to the Plaintiff's counsel.

The Eleventh Circuit has ruled that an award of attorney's fees granted under 28 U.S.C.

§2412(d)(1)(A) belongs, in the first instance, to the prevailing party, and not to the party's attorney. Reeves v. Astrue, 526 F.3d 732 (11th Cir.2008). However, in the present case, the parties have entered into a Fee Agreement. (D.E. #32-2). In accordance with the agreement of counsel, the fees should be payable to Plaintiff's attorney, Adam Scott Neidenberg.

In addition to the time requested in the motion, the Plaintiff seeks an additional 4 hours for an additional amount of $843.40 for the preparation of the reply. (D.E. #32). The Defendant does not challenge this amount. However, this Court finds that 4 hours at the 2008 rate of $168.68, comes to a total of $674.72.

Accordingly, it is the recommendation of this Court that the Petition for Attorney Fees (D.E. #29) be **GRANTED** and that the Plaintiff should be entitled to recover for **34.43** hours of work performed in this case, resulting in a total recovery of **$5,779.92** as attorney fees, the fees should be payable to the Plaintiff's attorney, Adam Scott Neidenberg.

Pursuant to Local Magistrate Rule 4(b), the parties have ten (10) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable K. Michael Moore, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this \_\_\_14\_\_\_ day of August, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE